UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------

UNITED STATES OF AMERICA,

    Plaintiff,         No. 1:08-CR-255

vs.               Hon. Paul L. Maloney
                  Chief United States District Judge

GUILLERMO SAMANO-PADILLA, et al.,

    Defendants.
_____/

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Claimant Norma Ochoa (the "Claimant"), through their respective attorneys, that the true and correct property description of the real property in which the Claimant has demonstrated an ownership interest, specifically, the real property commonly known as 24567 72nd Street, South Haven, Michigan, Township of Covert, County of Van Buren, is as follows:

> The South 603.24 feet of the North 1206.48 feet of the
> West 722.04 feet of the Northwest Fractional Quarter of
> Section 1, Town 2 South, Range 17 West, according to the
> Government Survey thereof, and according to a survey
> made by W.Q. Smith, County Surveyor October 12, 1956.
>
> P.P. #80-07-001-016-00 (the "Subject Property").

The parties further stipulate that the Verified Petition to Adjudicate Interest in Property filed by Claimant on or about May 21, 2009 [Docket No. 112] included a typographical error concerning the "P.P. number" of the Subject Property. The parties agree that this error did not prejudice any party, and that the negotiations which led to the settlement of the Claimant's claim

of interest were unaffected by the error.

DONALD A. DAVIS
United States Attorney

*/s/ Heath M. Lynch*
HEATH M. LYNCH
Special Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208

Counsel for the United States

Dated: May 17, 2010

*/s/ Steven Vander Ark*
STEVEN VANDER ARK
Attorney at Law
29 Pearl Street N.W., Suite 145
Grand Rapids, Michigan 49503

Counsel for Claimant Norma Ochoa

Dated: May 14, 2010

---

SO ORDERED.

Dated: May 18, 2010

/s/ Paul L. Maloney
HON. PAUL L. MALONEY
Chief United States District Judge