UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

          Plaintiff,                  Case No. 1:08-CR-255

          vs.                        Hon. Paul L. Maloney
                                           Chief United States District Judge

GUILLERMO SAMANO-PADILLA, et al.,

          Defendants.
_____/

**FINAL ORDER OF FORFEITURE**
**AS TO $23,101 UNITED STATES CURRENCY**

      WHEREAS, on April 13, 2009, this Court entered a Preliminary Order of Forfeiture regarding, *inter alia*, $20,000 United States currency seized on September 17, 2008, from 22725 M-140 Highway, South Haven, Michigan; and $3,101 United States currency seized on September 17, 2008, from 24567 72nd Street, South Haven Township, Michigan, (hereinafter the "Subject Currency") as listed in the Indictment; and

      WHEREAS, this Court has found that the Defendants had an interest in the Subject Currency, and that there was a nexus between the crime of which Defendants have been convicted and the Subject Currency.

      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Currency is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 853.

      IT IS FURTHER ORDERED that all right, title and interest to the Subject Currency is hereby condemned, forfeited and vested in the United States of America, and that the Subject Currency shall

be disposed of by the United States Marshals Service according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED.**

Dated: May  18 , 2010

/s/ Paul L. Maloney
HON. PAUL L. MALONEY
Chief United States District Judge